B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Southern District of Indiana | VOLUNTARY PETITION |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Monroe Hospital, LLC | Name of Joint Debtor (Spouse)(Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>20-2069733 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one state all): |
| Street Address of Debtor (No. and Street, City and State):<br>4011 Monroe Medical Park Blvd.<br>Bloomington, IN 47403 | Street Address of Joint Debtor (No. and Street, City and State): |
| County of Residence or of the Principal Place of Business:<br>Monroe County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor
Form of Organization
(Check one box.)

- ☐ Individual (includes Joint Debtors) *See Exhibit D of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below)

### Chapter 15 Debtors
Country of debtor's main interest:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Nature of Business
(Check one box.)

- ☒ Health Case Business
- ☐ Single Asset Real Estate as defined in 11 USC § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

### Filing Fee (Check one box.)

- ☒ Full Filing Fee Attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. §101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. §101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliate) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. §1126(B).

### Statistical/Administrative Information
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)  Page 2

| VOLUNTARY PETITION *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Monroe Hospital, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice require by 11 U.S.C. § 342(b).

Signature of Attorney for Debtor(s)   --   (Date)

### Exhibit C
Does the debtor own or have posession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made part of this petition.

☒ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this district, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgement against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgement)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgement for possession, after the judgment for possesion was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C § 362(1)).

| VOLUNTARY PETITION<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Monroe Hospital, LLC** |
|---|---|

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in the petition is true and correct.

_____
*Signature of Debtor*

_____
*Signature of Joint Debtor*

_____
*Telephone Number*

_____
*Date*

#### Signature of a Foreign Respresentative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C § 1511 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

_____
*(Signature of Foreign Representative)*

_____
*(Printed Name of Foreign Representative)*

_____
*Date*

#### Signature of Attorney*

/s/ James R. Irving
_____
*Signature of Attorney for Debtor(s)*

James R. Irving
Bingham Greenebaum Doll LLP
3500 National City Tower
101 South 5th Street
Louisville, KY 40202
Email Address: jirving@bgdlegal.com
Phone: (502) 587-3606

AND

Thomas C. Scherer
Bingham Greenebaum Doll LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
Email Address: tscherer@bgdlegal.com
Phone: (317) 968-5407

08/08/2014
_____
*Date*

* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b), and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notices of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section Official Form 19 is attached.

_____
*Printed Name and title, if any, of Bankruptcy Petition Preparer*

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C.§ 110.)

_____
*Address*

_____
*Signature of Preparer*

_____
*Date*

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petiton preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person, individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C.§ 110.)

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 100; 18 U.S.C. § 156.*

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

/s/ Joseph Roche
_____
*Signature of Authorized Individual*

Joseph Roche
_____
*Printed Name of Authorized Individual*

President and Chief Executive Offier
_____
*Title of Authorized Individual*

08/08/2014
_____
*Date*

In re

Monroe Hospital, LLC,
Debtor.

Chapter: 11

Case No.

# DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of Monroe Hospital, LLC, named in this case as (the "Debtor"), declare under penalty that I have read the foregoing and it is true and correct to the best of my knowledge, information, and belief.

08/08/2014
Date

/s/ Joseph Roche
Signature

**Joseph Roche**
Name

**President and Chief Executive Offier**
Title

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C.§§ 152 and 3571

B 4 (Official Form 4) (4/13)

# UNITED STATES BANKRUPTCY COURT

## Southern District of Indiana

In re __Monroe Hospital, LLC__ ,
       Debtor

Case No. _____
Chapter __11__

## LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 30 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. If a minor child is one of the creditors holding the 30 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| VIBRA ACUTE CARE LLC<br>Mike Thomas<br>4550 LENA DR SUITE 225<br>MECHANICSBURG, PA 17055 | VIBRA ACUTE CARE LLC<br>Mike Thomas<br>4550 LENA DR SUITE 225<br>MECHANICSBURG, PA 17055<br><br>ph: 717-591-5700 | ACCOUNTS PAYABLE | | $3,411,450.23 |
| PREMIER HEALTHCARE, LLC<br>David Wolfe<br>PO BOX 550<br>BLOOMINGTON, IN 47402 | PREMIER HEALTHCARE, LLC<br>David Wolfe<br>PO BOX 550<br>BLOOMINGTON, IN 47402<br><br>ph: 800-852-6180 | ACCOUNTS PAYABLE | | $3,107,720.75 |
| UNIVERSAL FINANCIAL SVCS LP<br>William Mondi<br>210 S 5TH ST SUITE 105<br>SAINT CHARLES, IL 60174 | UNIVERSAL FINANCIAL SVCS LP<br>William Mondi<br>210 S 5TH ST SUITE 105<br>SAINT CHARLES, IL 60174<br><br>ph: 630-443-2700 | ACCOUNTS PAYABLE | | $1,446,826.67 |
| BLOOMINGTON ANESTHESIOLOGISTS<br>Dr. Chad Johnson<br>P.O. BOX 2658<br>BLOOMINGTON, IN 47401 | BLOOMINGTON ANESTHESIOLOGISTS<br>Dr. Chad Johnson<br>P.O. BOX 2658<br>BLOOMINGTON, IN 47401<br><br>ph: 8663532000 | ACCOUNTS PAYABLE | | $693,666.65 |
| GE HEALTHCARE<br>Accts Rec.<br>PO BOX 96483<br>CHICAGO, IL 60693 | GE HEALTHCARE<br>Accts Rec.<br>PO BOX 96483<br>CHICAGO, IL 60693<br><br>ph: 800-368-7102 | ACCOUNTS PAYABLE | | $419,124.77 |
| TSG Resources<br>Schumacher Settlement<br>200 Corporate Blvd. #201<br>Lafayetter, LA 70508 | TSG Resources<br>Schumacher Settlement<br>200 Corporate Blvd. #201<br>Lafayetter, LA 70508 | LITIGATION | | $360,000.00 |

B 4 (Official Form 4) (4/13)

# UNITED STATES BANKRUPTCY COURT

## Southern District of Indiana

In re   Monroe Hospital, LLC   ,  
       Debtor

Case No. _____  
Chapter   11

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| INDIANA HOSPITAL ASSOCIATION<br>Accts Rec.<br>ONE AMERICAN SQUARE<br>SUITE 1900<br>INDIANAPOLIS, IN 46282 | INDIANA HOSPITAL ASSOCIATION<br>Accts Rec.<br>ONE AMERICAN SQUARE<br>SUITE 1900<br>INDIANAPOLIS, IN 46282<br>ph: 3176334870 | ACCOUNTS PAYABLE | | $304,076.00 |
| BLOOMINGTON SLEEP SERVICES<br>Accts Rec.<br>1791 W 3RD STREET<br>BLOOMINGTON, IN 47404 | BLOOMINGTON SLEEP SERVICES<br>Accts Rec.<br>1791 W 3RD STREET<br>BLOOMINGTON, IN 47404<br>ph: 8123351300 | ACCOUNTS PAYABLE | | $293,180.00 |
| BIOMET SPORTS MEDICINE<br>Stephanie Fonderoli<br>75 REMITTANCE DR<br>SUITE 3283<br>CHICAGO, IL 606753283 | BIOMET SPORTS MEDICINE<br>Stephanie Fonderoli<br>75 REMITTANCE DR<br>SUITE 3283<br>CHICAGO, IL 606753283<br>ph: 8172020467 | ACCOUNTS PAYABLE | | $192,071.81 |
| STRYKER ORTHOPAEDICS<br>Robin Broderick<br>BOX 93213<br>CHICAGO, IL 850389387 | STRYKER ORTHOPAEDICS<br>Robin Broderick<br>BOX 93213<br>CHICAGO, IL 850389387<br>ph: 201-831-5794 | ACCOUNTS PAYABLE | | $185,178.11 |
| ST VINCENT MEDICAL GROUP, INC<br>Accts Rec.<br>10330 N MERIDIAN ST, SUITE 410<br>INDIANAPOLIS, IN 46260 | ST VINCENT MEDICAL GROUP, INC<br>Accts Rec.<br>10330 N MERIDIAN ST, SUITE 410<br>INDIANAPOLIS, IN 46260<br>ph: 501-339-7724 | ACCOUNTS PAYABLE | | $170,000.00 |
| MEDTRONIC USA INC<br>Roshelle Verdeck<br>4642 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | MEDTRONIC USA INC<br>Roshelle Verdeck<br>4642 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693<br>ph: 763-505-6515 | ACCOUNTS PAYABLE | | $162,313.31 |
| MONROE COUNTY TREASURER<br>Accts Rec.<br>CATHERINE SMITH<br>100 W KIRKWOOD AVE<br>BLOOMINGTON, IN 47404 | MONROE COUNTY TREASURER<br>Accts Rec.<br>CATHERINE SMITH<br>100 W KIRKWOOD AVE<br>BLOOMINGTON, IN 47404<br>ph: 812-322-5355 | ACCOUNTS PAYABLE | | $140,793.95 |
| CARDINAL HEALTH MEDICAL PRODUC<br>Shariese Horton<br>MEDICAL PRODUCTS AND SERVICES<br>PO BOX 70539<br>CHICAGO, IL 606730539 | CARDINAL HEALTH MEDICAL PRODUC<br>Shariese Horton<br>MEDICAL PRODUCTS AND SERVICES<br>PO BOX 70539<br>CHICAGO, IL 606730539<br>ph: 604-822-4574 | ACCOUNTS PAYABLE | | $113,279.34 |

B 4 (Official Form 4) (4/13)

# UNITED STATES BANKRUPTCY COURT

## Southern District of Indiana

In re   Monroe Hospital, LLC   ,
               Debtor

Case No. _____
Chapter   11

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CPSI<br>Accts Rec.<br>PO BOX 850309<br>6600 WALL ST<br>MOBILE, AL 366850309 | CPSI<br>Accts Rec.<br>PO BOX 850309<br>6600 WALL ST<br>MOBILE, AL 366850309<br>ph: 251-639-8100 | ACCOUNTS PAYABLE | | $89,381.76 |
| PHILIPS HEALTHCARE<br>Accts Rec.<br>PO BOX 100355<br>ATLANTA, GA 303843355 | PHILIPS HEALTHCARE<br>Accts Rec.<br>PO BOX 100355<br>ATLANTA, GA 303843355<br>ph: 800-825-4141 | ACCOUNTS PAYABLE | | $61,374.00 |
| KSM BUSINESS SERVICES, INC<br>Accts Rec.<br>PO BOX 7096-DEPT #235<br>INDIANAPOLIS, IN 462067096 | KSM BUSINESS SERVICES, INC<br>Accts Rec.<br>PO BOX 7096-DEPT #235<br>INDIANAPOLIS, IN 462067096<br>ph: 812-332-9451 | ACCOUNTS PAYABLE | | $61,068.08 |
| ASSURED HEALTHCARE LLC<br>Charlie Deines<br>7922 E EDGEWOOD AVE<br>INDIANAPOLIS, IN 46239 | ASSURED HEALTHCARE LLC<br>Charlie Deines<br>7922 E EDGEWOOD AVE<br>INDIANAPOLIS, IN 46239<br>ph: 317-862-8141 | ACCOUNTS PAYABLE | | $58,585.09 |
| BRIAN J LOGUE, MD PC<br>2907 MCINTIRE DRIVE<br>BLOOMINGTON, IN 47403 | BRIAN J LOGUE, MD PC<br>2907 MCINTIRE DRIVE<br>BLOOMINGTON, IN 47403<br>ph: 8123328765 | ACCOUNTS PAYABLE | | $54,900.00 |
| PHARMASOURCE HEALTHCARE, INC<br>Accts Rec.<br>PO BOX 632849<br>CINCINNATI, OH 452632849 | PHARMASOURCE HEALTHCARE, INC<br>Accts Rec.<br>PO BOX 632849<br>CINCINNATI, OH 452632849<br>ph: 800-426-2670 | ACCOUNTS PAYABLE | | $52,982.50 |
| DRA COMPANY<br>Accts Rec.<br>3257 WEST LIBERTY AVENUE<br>PITTSBURGH, PA 15216 | DRA COMPANY<br>Accts Rec.<br>3257 WEST LIBERTY AVENUE<br>PITTSBURGH, PA 15216<br>ph: 412-343-4250 | ACCOUNTS PAYABLE | | $49,500.00 |
| BAUSCH & LOMB SURGICAL DIV<br>Accts Rec.<br>4395 COLLECTION CENTER DR<br>CHICAGO, IL 606930043 | BAUSCH & LOMB SURGICAL DIV<br>Accts Rec.<br>4395 COLLECTION CENTER DR<br>CHICAGO, IL 606930043<br>ph: 800-338-2020 | ACCOUNTS PAYABLE | | $48,963.67 |
| NORTH AMERICA ADMINISTRATORS<br>Accts Rec.<br>1826 ELM HILL PIKE<br>NASHVILLE, TN 37210 | NORTH AMERICA ADMINISTRATORS<br>Accts Rec.<br>1826 ELM HILL PIKE<br>NASHVILLE, TN 37210<br>ph: 866-383-9031 | ACCOUNTS PAYABLE | | $46,959.52 |

B 4 (Official Form 4) (4/13)

# UNITED STATES BANKRUPTCY COURT

## Southern District of Indiana

In re __Monroe Hospital, LLC__,  
        Debtor

Case No. _____  
Chapter __11__

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CARDINAL HEALTH PHARMACEUTICAL<br>Danielle Bishop<br>3740 COLLECTIONS CENTER DR<br>CHICAGO, IL 606930037 | CARDINAL HEALTH PHARMACEUTICAL<br>Danielle Bishop<br>3740 COLLECTIONS CENTER DR<br>CHICAGO, IL 606930037<br><br>ph: 614-822-4010 | ACCOUNTS PAYABLE | | $43,841.99 |
| DUKE ENERGY<br>Accts Rec.<br>PO BOX 1326<br>CHARLOTTE, NC 28201 | DUKE ENERGY<br>Accts Rec.<br>PO BOX 1326<br>CHARLOTTE, NC 28201<br><br>ph: 800-521-2232 | ACCOUNTS PAYABLE | | $40,570.78 |
| UNIVERSAL HOSPITAL SERVICES<br>Stuart Davidson<br>SDS 12-0940<br>PO BOX 86<br>MINNEAPOLIS, MN 554860940 | UNIVERSAL HOSPITAL SERVICES<br>Stuart Davidson<br>SDS 12-0940<br>PO BOX 86<br>MINNEAPOLIS, MN 554860940<br><br>ph: 317-334-1828 | ACCOUNTS PAYABLE | | $40,057.01 |
| AMS SALES CORPORATION<br>Accts Rec.<br>P.O. BOX 7247-6586<br>PHILADELPHIA, PA 191706586 | AMS SALES CORPORATION<br>Accts Rec.<br>P.O. BOX 7247-6586<br>PHILADELPHIA, PA 191706586<br><br>ph: 800-328-3881 | ACCOUNTS PAYABLE | | $34,625.20 |
| NUANCE COMMUNICATIONS<br>Accts Rec.<br>PO BOX 2561<br>CAROL STREAM, IL 601322561 | NUANCE COMMUNICATIONS<br>Accts Rec.<br>PO BOX 2561<br>CAROL STREAM, IL 601322561<br><br>ph: 800-397-1372 | ACCOUNTS PAYABLE | | $33,508.49 |
| ADP, INC<br>Accts Rec.<br>PO BOX 842875<br>BOSTON, MA 22842875 | ADP, INC<br>Accts Rec.<br>PO BOX 842875<br>BOSTON, MA 22842875<br><br>ph: Rocco Ruiz | ACCOUNTS PAYABLE | | $32,202.56 |
| MEDTRONIC NEUROLOGICAL<br>Roshelle Verdeck<br>4642 COLLECTION CENTER DR<br>CHICAGO, IL 60693 | MEDTRONIC NEUROLOGICAL<br>Roshelle Verdeck<br>4642 COLLECTION CENTER DR<br>CHICAGO, IL 60693<br><br>ph: 763-505-6515 | ACCOUNTS PAYABLE | | $31,791.95 |

In re   Monroe Hospital, LLC                                            Case No._____
                 Debtor                                                          (If known)

## DECLARATION REGARDING LIST OF CREDITORS

### DECLARATION UNDER PENALTY OF PERJURY REGARDING the TOP 30 UNSECURED CLAIMS ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Joseph Roche, the President and Chief Executive Offier of the Monroe Hospital, LLC named as debtor in this case, declare under penalty of perjury that I have read the foregoing list of creditors holding 30 largest unsecured claims, and that they are true and correct to the best of my knowledge, information, and belief.

Date:   08/08/2014                                                      Signature:   /s/Joseph Roche
                                                                        Title: President and Chief Executive Offier

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C.§§ 152 and 3571

# UNITED STATES BANKRUPTCY COURT

## Southern District of Indiana

In re:   Monroe Hospital, LLC   ,
           Debtor

Case No. _____
Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Fed. R. Bank. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last know address or place of business of holder | Security Class | Number of Shares or Securities | Kind of Interest |
|---|---|---|---|
| Bajpai, Anil<br>3692 Castle Rock Drive<br>Zionsville, IN 46077 | EQUITY | 1.0000 | |
| Biehl, Arthur<br>309 Alma Street<br>Mancelona, MI 49659 | EQUITY | 2.0000 | |
| Biehl, Daniel<br>3221 Covington Lake Dr.<br>Ft. Wayne, IN 46804 | EQUITY | 40.0000 | |
| Biehl, Jerry<br>7470 Crystal Beach Rd.<br>Rapid City, MI 49676 | EQUITY | 1.0000 | |
| Brann, Christopher A., M.D.<br>313 E. Moore St.<br>Southport, NC 28461 | EQUITY | 1.0000 | |
| Bunton, Libbly<br>4875 N. Thomas Rd.<br>Bloomington, IN 47404 | EQUITY | 1.0000 | |
| Campus Cribbs LLC<br>1575 Linda Lane<br>Bloomington, IN 47401 | EQUITY | 5.0000 | |
| Catozzi, Anthony<br>3910 Deerfield Dr.<br>Bloomington, IN 47401 | EQUITY | 18.0000 | |
| Chang, Colin<br>3805 E. Winston St.<br>Bloomington, IN 47401 | EQUITY | 3.0000 | |
| Delacruz, Bjorn B.<br>487 Propsect Pl.<br>Apt. 3 R<br>Brooklyn, NY 11238 | EQUITY | 1.0000 | |
| Desigan, Shyam<br>9307 Holly Brothers Ct.<br>Laurel, MD 20723 | EQUITY | 1.0000 | |
| Emergency Medicine Professionals of Indiana, LLC<br>2891 Plantation Dr.<br>Salem, IN 47167 | EQUITY | 1.0000 | |

# UNITED STATES BANKRUPTCY COURT

## Southern District of Indiana

In re: Monroe Hospital, LLC ,
Debtor

Case No. _____
Chapter  11

| Name and last know address or place of business of holder | Security Class | Number of Shares or Securities | Kind of Interest |
|---|---|---|---|
| Furr, Bruce<br>1600 W. Bloomfield Road<br>Bloomington, IN 47403 | EQUITY | 10.0000 | |
| Gray, Warren<br>1773 E. Durham Dr.<br>Martinsville, IN 46151 | EQUITY | 2.0000 | |
| Gupta, Sandeep<br>3964 Andretti Dr.<br>Zionsville, IN 46177 | EQUITY | 2.0000 | |
| Haddad, Fuad<br>2701 Olcott Blvd.<br>Bloomington, IN 47403 | EQUITY | 28.0000 | |
| Hagan Street, LLC<br>c/o Eric Slotegraaff<br>400 W. 7th St.<br>Bloomington, IN 47403 | EQUITY | 1.0000 | |
| Hash, Gerry<br>5473 S. Farmer Dr.<br>Bloomington, IN 47403 | EQUITY | 20.0000 | |
| Ingala, Judith<br>944 Morningside Dr.<br>Johnson City, TN 37604 | EQUITY | 1.0000 | |
| Joshi, Keshav<br>1103 Sheffield Manor<br>Chesterfiield, MO 63017 | EQUITY | 3.0000 | |
| Kalari, Ramesh<br>130 The Woods<br>Bedford, IN 47421 | EQUITY | 4.0000 | |
| Koneru, Sudhakar<br>2405 Cedarwood Ct.<br>Bloomington, IN 47401 | EQUITY | 16.0000 | |
| Leffew, Theresa K.<br>7633 E. 1200 S.<br>Clarks Hill, IN 47930 | EQUITY | 1.0000 | |
| Marisha, LLC<br>6081 Silver King Blvd., Unit 1102<br>Cape Coral, FL 33914 | EQUITY | 90.0000 | |
| Martin, Thomas<br>PO Box 188<br>Ellettsville, IN 47429 | EQUITY | 6.0000 | |
| McCarter, Cheryl<br>900 S. Brown Ave.<br>Terre Haute, IN 47803 | EQUITY | 1.0000 | |

# UNITED STATES BANKRUPTCY COURT

## Southern District of Indiana

In re: __Monroe Hospital, LLC__,  
Debtor

Case No. _____  
Chapter __11__

| Name and last know address or place of business of holder | Security Class | Number of Shares or Securities | Kind of Interest |
|---|---|---|---|
| Parab, sharayu<br>PO Box 696<br>Bloomington, IN 47402 | EQUITY | 5.0000 | |
| Putnam, Noel<br>2975 N. Ramble Rd. West<br>Bloomington, IN 47408 | EQUITY | 2.0000 | |
| RICHEY, ROBERT<br>9551 S HARBOUR POINTE DR<br>BLOOMINGTON, IN 47401 | EQUITY | 1.0000 | |
| Rahman, Kashif<br>6108 West Foster-Branch Dr.<br>Pendleton, IN 46064 | EQUITY | 2.0000 | |
| Ramanathan, G SV<br>2704 Bent Creek Ct.<br>Beaver Creek, OH 45431 | EQUITY | 5.0000 | |
| Sammadar, P.K.<br>101 Brookside Dr.<br>Bedford, IN 47421 | EQUITY | 1.0000 | |
| Shahbahrami, Carrie<br>4723 Live Oak Ct.<br>Bloomington, IN 47401 | EQUITY | 1.0000 | |
| Singh, Pratap<br>181 Boyd Ln.<br>Bedford, IN 47421 | EQUITY | 5.0000 | |
| Stancombe, Bob<br>7637 Old. St. Rd. 37<br>Bloomington, IN 47403 | EQUITY | 9.0000 | |
| Stancombe, Brian<br>2700 Plateau Pl.<br>Bloomington, IN 47401 | EQUITY | 11.0000 | |
| Stevenson, Janis<br>4407 Eagleview Dr.<br>Bloomington, IN 47403 | EQUITY | 2.0000 | |
| Strausburg, Bradley J.<br>1685 Lucal Hollow Dr.<br>Nashville, TN 47448 | EQUITY | 1.0000 | |
| Tempel, Jeremy J.D.<br>3406 Cedar Wood Circle<br>Bloomington, IN 47401 | EQUITY | 1.0000 | |
| Uebelhour, Martha<br>4825 Manchester Court<br>Bloomington, IN 47404 | EQUITY | 1.0000 | |

# UNITED STATES BANKRUPTCY COURT

## Southern District of Indiana

In re: Monroe Hospital, LLC ,
       Debtor

Case No. _____
Chapter  11

| Name and last know address or place of business of holder | Security Class | Number of Shares or Securities | Kind of Interest |
|---|---|---|---|
| VIBRA Acute Care<br>4550 Lena Dr.<br>Mechanicsburg, PA 17055 | EQUITY | 133.0000 | |
| Varghese, P.A.<br>245 The Woods<br>PO Box 518<br>Bedford, IN 47421 | EQUITY | 4.0000 | |

In re   Monroe Hospital, LLC                          Case No._____
                    Debtor                                      (If known)

## DECLARATION CONCERNING DEBTOR'S EQUITY

### Equity Holder List

I, Joseph Roche the undersigned authorized officer of Monroe Hospital, LLC, named in this case as (the "Debtor"), declare under penalty that I have read the foregoing and it is true and correct to the best of my knowledge, information, and belief.

Date:   08/08/2014                                 Signature:   /s/Joseph Roche
                                                   Title: President and Chief Executive Offier

Case 14-07417-JMC-11    Doc 1    Filed 08/08/14    EOD 08/08/14 16:27:56    Pg 15 of 16

# UNITED STATES BANKRUPTCY COURT

## Southern District of Indiana

In re: __Monroe Hospital, LLC__ ,  
        Debtor

Case No. _____  
Chapter __11__

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a)(1) and 7007.1, the following is a list of corporations that directly or indirectly own ten percent(10%) or more of any class of the above captioned debtor's equity interests or states that there are no entities to report:

| Name and last know address or place of business of holder | Number of Shares or Securities |
|---|---|
| Biehl, Daniel<br>3221 Covington Lake Dr.<br>Ft. Wayne, IN 46804 | 8% |
| Marisha, LLC<br>6081 Silver King Blvd., Unit 1102<br>Cape Coral, FL 33914 | 19% |
| VIBRA ACUTE CARE LLC<br>Mike Thomas<br>4550 LENA DR  SUITE 225<br>MECHANICSBURG, PA 17055 | 28% |

In re   Monroe Hospital, LLC                              Case No._____
         Debtor                                            (If known)

## DECLARATION CONCERNING DEBTOR'S CORPORATE OWNERSHIP STATEMENT

### Corporate Ownership Statement

I, Joseph Roche the undersigned authorized officer of Monroe Hospital, LLC, named in this case as (the "Debtor"), declare under penalty that I have read the foregoing and it is true and correct to the best of my knowledge, information, and belief.

Date:  08/08/2014                                     Signature:  /s/Joseph Roche
                                                      Title: President and Chief Executive Offier