UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE | ) |
| | ) |
| MONROE HOSPITAL, LLC | ) CASE NO. 14-07417-JMC-11 |
| | ) |
| DEBTOR. | ) |

NOTICE OF APPOINTMENT OF CONSUMER
PRIVACY OMBUDSMAN UNDER 11 U.S.C. § 332

Nancy J. Gargula, United States Trustee, by Beth Kramer, Trial Attorney, pursuant to §332 of the Bankruptcy Code, the Order directing the appointment of a consumer privacy ombudsman entered on September 2, 2014, and Bankruptcy Rule 6004(g)(2), hereby appoints Professor Fred H. Cate as the Consumer Privacy Ombudsman in this case. Professor Cate's contact information is as follows:

Professor Fred H. Cate
Director, Center for Law, Ethics and Applied Research in Health Information
Mauer School of Law
211 S. Indiana Avenue
Bloomington, IN 47405-7001
(812) 855-1161
(812) 855-0555 (fax)
fcate@indiana.edu

The ombudsman's verified statement of disinterestedness is attached.

Reasonable compensation for actual, necessary services rendered by the ombudsman, as well as reimbursement for actual, necessary expenses incurred by the ombudsman and all individuals to whom he has delegated authority to act on his behalf in this case, will be determined in accordance with the standards set forth in §330 of the Bankruptcy Code. All requests for compensation and reimbursement of expenses will

be reviewed by the United States Trustee in accordance with the provisions of 28 U.S.C. § 586(a)(3)(A).

Section 332(b) and (c) of the Bankruptcy Code provides:

(b) The consumer privacy ombudsman may appear and be heard at [the sale] hearing and shall provide to the court information to assist the court in its consideration of the facts, circumstances, and conditions of the proposed sale or lease of personally identifiable information under section 363 (b)(1)(B). Such information may include presentation of—

    (1) the debtor's privacy policy;

    (2) the potential losses or gains of privacy to consumers if such sale or such lease is approved by the court;

    (3) the potential costs or benefits to consumers if such sale or such lease is approved by the court; and

    (4) the potential alternatives that would mitigate potential privacy losses or potential costs to consumers.

(c) A consumer privacy ombudsman shall not disclose any personally identifiable information obtained by the ombudsman under this title.

                            Respectfully submitted,

                            NANCY J. GARGULA
                            UNITED STATES TRUSTEE

                            /s/ BethKramer
                            Beth Kramer
                            Trial Attorney

Office of the U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204
(317) 226-5715

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2014 a copy of the foregoing NOTICE OF APPOINTMENT OF CONSUMER PRIVACY OMBUDSMAN UNDER 11 U.S.C. §332 was filed electronically. Notice of this filing will be sent to the following parties through the Courts Electronic Case Filing System. Parties may access this filing through the Courts system.

James R Irving   jirving@bgdlegal.com
Whitney L Mosby    wmosby@bgdlegal.com
Thomas C Scherer    tscherer@bgdlegal.com
Mark Bradshaw mbradshaw@shbllp.com
Jason R Burke jburke@bbrlawpc.com
Joshua W. Casselman    jcasselman@rubin-levin.net
Jennifer Lee ElBenni    jelbenni@maylorber.com
Geoffrey M Grodner     gmg@lawmg.net
John R. Humphrey    jhumphrey@taftlaw.com
Jeffrey L Hunter jeff.hunter@usdoj.gov
Anthony R. Jost tjost@rbelaw.com
Timothy M. Lupinacci tlupinacci@bakerdonelson.com
Michael K. McCrory    mmccrory@btlaw.com
Mark R. Owens mowens@btlaw.com
Crystal Dawn Pulley crystal@bleekedilloncrandall.com
Lori L Purkey     purkey@purkeyandassociates.com
Jeffrey E. Ramsey jramsey@bbrlawpc.com
Jonathan David Sundheimer   jsundheimer@btlaw.com

I further certify that September 3, 2014, a copy of the foregoing NOTICE OF APPOINTMENT OF CONSUMER PRIVACY OMBUDSMAN UNDER 11 U.S.C. §332 was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Monroe Hospital, LLC
4011 Monroe Medical Park Blvd.
Bloomington, IN 47403
Attn: Joseph Roche

Professor Fred H. Cate
Mauer School of Law
211 S. Indiana Avenue
Bloomington, IN 47405-7001

                                            By:   /s/ BETH KRAMER
                                                   Beth Kramer, Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE | ) |
| | ) |
| MONROE HOSPITAL, LLC | )  CASE NO. 14-07417-JMC-11 |
| | ) |
| DEBTOR. | ) |

**OMBUDSMAN'S VERIFIED STATEMENT OF DISINTERESTEDNESS**

    To the best of my knowledge and belief, I have no connections with the Debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee.

    I verify and affirm under penalty of perjury that the foregoing representations are true.

DATED this 28th day of August, 2014.

_____
Fred H. Cate

Professor Fred H. Cate
Indiana University
Maurer School of Law
211 S. Indiana Avenue
Bloomington, IN 47405-7001
(812) 855-1161
(812) 855-0555 (fax)
fcate@indiana.edu