# BINGHAM GREENEBAUM DOLL LLP

3913 Solutions Center
Chicago, IL 60677--3009
1-800-436-3644
I.D. #61-1584266

Monroe Hospital LLC
c/o Brad Hollinger, Chairman of the Board
4011 Monroe Medical Park Blvd.
Bloomington, IN 47403

Account No.: 123181.000002
Invoice No.: 4326436
Invoice Date: April 2, 2015

---

**POST FILING BANKRUPTCY PETITION - BANKRUPTCY CODED FOR COURT**

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2015:

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 01/02/15 | TCS | 0.40 | B02 | Receipt and review memos regarding $300,000 reserve account for funding post-sale administrative expense | 160.00 |
| 01/02/15 | TCS | 0.60 | B02 | Receipt and review memo regarding administrative bar date notice; review revise notice and conference J. Irving regarding same | 240.00 |
| 01/02/15 | TCS | 0.10 | B02 | Receipt and review memo from Premier and confirmation of administrative bar date, closing of sale | 40.00 |
| 01/05/15 | TCS | 0.20 | B02 | Receipt and review J. Wampler memo regarding establishing new account for DIP | 80.00 |
| 01/06/15 | SHM | 0.20 | B02 | Electronically file certificate of service regarding document number 341 | 44.00 |
| 01/06/15 | TCS | 0.20 | B02 | Attention to transfer of trust funds to new DIP account | 80.00 |
| 01/07/15 | SHM | 0.10 | B02 | Electronically file certificate of service for pleadings served yesterday | 22.00 |
| 01/08/15 | TCS | 0.60 | B02 | Receipt and review memo from insurance agency regarding coverage's and proposal for termination - except malpractice liability; teleconference with J. Irving regarding same; receipt and review memos to confirm conference call with agency | 240.00 |

Indianapolis Jasper Evansville Vincennes, Indiana
Louisville Lexington Frankfort, Kentucky
Cincinnati, Ohio


EXHIBIT
A

**BINGHAM GREENEBAUM DOLL LLP**

| | |
|---|---|
| Monroe Hospital LLC | Invoice No.: 4326436 |
| 123181.000002 | Invoice Date: April 2, 2015 |
| | Page 2 |

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 01/09/15 | TCS | 1.50 | B02 | Review for and conference call with J. Roche, J. Wampler regarding post-closing issues on insurance, CMS provider agreement, license termination, deposits, cost reports and tax returns and process for funding post-closing expenses | 600.00 |
| 01/09/15 | TCS | 0.20 | B02 | Receipt and review J. Wampler memo and certificate of malpractice insurance for Prime | 80.00 |
| 01/12/15 | SHM | 0.40 | B02 | Docket updated filing deadlines and Hearings | 88.00 |
| 01/13/15 | TCS | 0.20 | B02 | Receipt and review J. Wampler memo and J. Irving response regarding notice to insurance provider | 80.00 |
| 01/14/15 | JRI2 | 0.50 | B02 | Correspondence with B. Kramer and client regarding U.S. Trustee fees | 142.50 |
| 01/14/15 | SHM | 0.20 | B02 | Review and docket notice of hearing and filing deadlines | 44.00 |
| 01/14/15 | TCS | 0.30 | B02 | Receipt and review memo regarding return of utility deposits | 120.00 |
| 01/14/15 | TCS | 0.20 | B02 | Teleconference with J. Irving regarding payment of Upshot administrative claims and receipt and review memo regarding same | 80.00 |
| 01/14/15 | TCS | 0.30 | B02 | Receipt and review memos regarding amount and payment of UST fees and submission of December monthly operating report | 120.00 |
| 01/15/15 | JRI2 | 0.70 | B02 | Correspondence and conference with J. Wampler regarding payment of taxes and financial statements for December 2014 | 199.50 |
| 01/15/15 | SHM | 0.10 | B02 | Electronically file certificate of service for document number 352 | 22.00 |
| 01/15/15 | TCS | 0.20 | B02 | Receipt and review UST memos and confirmation regarding 4th quarter fee | 80.00 |
| 01/16/15 | JRI2 | 0.50 | B02 | Correspondence with J. Wampler regarding financials and taxes (.3); conference with T. Scherer regarding case status (.2) | 142.50 |

# BINGHAM GREENEBAUM DOLL LLP

Monroe Hospital LLC
123181.000002

Invoice No.:    4326436
Invoice Date:   April 2, 2015
Page            3

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|------|---------------------|-------|-----------|-------------|--------|
| 01/19/15 | JRI2 | 3.50 | B02 | Research whether assets transferred via sale count as "disbursements" for purposes of monthly operating report and U.S. Trustee fees (.5); review Debtor's financials and prepare monthly operating report for December 2014 (3.0) | 997.50 |
| 01/20/15 | JRI2 | 4.50 | B02 | Review financial documents to prepare monthly operating report for December 2014 (1.5); compile, draft and revise monthly operating report and related exhibits (2.0); attend to filing and serving the same (.3); correspondence and conference with B. Kramer, J. Wampler, S. Mays, J. Roche and T. Scherer regarding the same and related UST fees (.7) | 1,282.50 |
| 01/20/15 | SHM | 0.50 | B02 | Finalize and electronically file Monthly Operating Report for December | 110.00 |
| 01/20/15 | TCS | 0.30 | B02 | Receipt and review memo and monthly operating report for December | 120.00 |
| 01/21/15 | JRI2 | 0.70 | B02 | Research U.S. Trustee fees and correspondence with B. Kramer, J. Wampler and T. Scherer regarding the same (.5); conference with T. Scherer regarding case status (.2) | 199.50 |
| 01/21/15 | SHM | 0.10 | B02 | Electronically file certificate of service for document number 354 | 22.00 |
| 01/21/15 | TCS | 0.40 | B02 | Receipt and review memos from J. Irving, UST regarding December report, quarterly fee statement and client confirmation of payment | 160.00 |
| 01/26/15 | SHM | 0.10 | B02 | Electronically file certificate of service regarding document number 356 | 22.00 |
| 01/26/15 | TCS | 0.10 | B02 | Receipt and review client memos regarding utility deposit status | 40.00 |
| 01/27/15 | SHM | 0.40 | B02 | Electronically file supplemental certificates of service for document numbers 336, 337, 338 and 340 | 88.00 |
| 01/28/15 | JRI2 | 0.30 | B02 | Correspondence with J. Wampler and B. Kramer to confirm payment of U.S. Trustee | 85.50 |

BINGHAM GREENEBAUM DOLL LLP

Monroe Hospital LLC
123181.000002

Invoice No.: 4326436
Invoice Date: April 2, 2015
Page 4

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|------|---------------------|-------|-----------|-------------|--------|
| | | | | fees for Q4 2014 | |
| 01/28/15 | TCS | 0.20 | B02 | Receipt and review J. Wampler memo and confirmation of UST payment | 80.00 |
| 02/03/15 | JRI2 | 2.50 | B02 | Conference and correspondence with Committee chairman regarding issues in the case, hearing on February 4, 2015, and retention of BGD as Committee counsel (.7); follow-up with W. Mosby regarding the same (.5); follow-up with Debtor's counsel regarding the same (.5); review case docket and coordinate strategy for hearing on February 4, 2015 (.8). | 712.50 |
| 02/03/15 | SHM | 0.10 | B02 | Review proof of claim received from Pitney Bowes and forward to claims agent | 22.00 |
| 02/03/15 | TCS | 0.10 | B02 | Receipt and review 3M appearance in case regarding assumed contract | 40.00 |
| 02/05/15 | TCS | 0.20 | B02 | Teleconference with J. Irving regarding director/officer insurance and August expiration | 80.00 |
| 02/05/15 | TCS | 0.20 | B02 | Receipt and review 3M appearance, order | 80.00 |
| 02/09/15 | SHM | 0.10 | B02 | Working with UpShot Services regarding service of pleadings filed today | 22.00 |
| 02/10/15 | SHM | 0.30 | B02 | Electronically file Certificates of Service for document numbers 367-369 | 66.00 |
| 02/16/15 | TCS | 0.20 | B02 | Receipt and review notice regarding OCP professionals | 80.00 |
| 02/20/15 | SHM | 0.20 | B02 | Electronically file Certificates of service regarding document numbers 378 and 379 | 44.00 |
| 02/26/15 | TCS | 0.40 | B02 | Receipt and review pleadings regarding withdrawal of appearance by doctor groups; teleconference with J. Irving with update on transition to liquidation trust | 160.00 |
| 01/30/15 | TCS | 0.20 | B03 | Receipt and review correspondence regarding return of utility deposits | 80.00 |
| 01/30/15 | TCS | 0.20 | B03 | Conference J. Irving regarding termination of Medicare, Medicaid provider agreements | 80.00 |
| 02/02/15 | TCS | 0.20 | B03 | Receipt and review invoice for CRO January | 80.00 |

BINGHAM GREENEBAUM DOLL LLP

Monroe Hospital LLC
123181.000002

Invoice No.:    4326436
Invoice Date:    April 2, 2015
Page    5

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|------|---------------------|-------|-----------|-------------|--------|
| | | | | compensation | |
| 02/03/15 | TCS | 0.10 | B03 | Receipt and review memo regarding utility services cutoff and refund and transaction with Prime | 40.00 |
| 02/11/15 | TCS | 0.20 | B03 | Receipt and review memo regarding utility refund amount from Duke Energy; memo Irving, Wampler regarding same | 80.00 |
| 02/16/15 | SHM | 0.40 | B03 | Finalize and electronically file Debtor's Second Statement Regarding Ordinary Course Professionals | 88.00 |
| 02/17/15 | TCS | 0.20 | B03 | Receipt and review memo and notice of board meeting; teleconference with J. Irving regarding same | 80.00 |
| 02/18/15 | TCS | 0.20 | B03 | Teleconference with J. Irving regarding board call, transition to liquidating trust | 80.00 |
| 01/02/15 | TCS | 0.30 | B04 | Receipt and review MPT termination of account control agreement and memos regarding same | 120.00 |
| 01/02/15 | JRI2 | 1.50 | B06 | Draft and revise notice of initial administrative claims bar date (.8); attend to filing and serving the same (.7) | 427.50 |
| 01/02/15 | SHM | 0.40 | B06 | Finalize and electronically file Notice of Administrative Expense Claims Bar Date; arrange for service of same | 88.00 |
| 01/13/15 | JRI2 | 1.00 | B06 | Review claim documents for UHS (.4); related correspondence with Prime's counsel regarding the same (.6) | 285.00 |
| 01/16/15 | TCS | 0.30 | B06 | Conference J. Irving regarding claims allowance issues and process | 120.00 |
| 01/21/15 | JRI2 | 0.30 | B06 | Negotiate stipulation to modify proof of claim with counsel for Cardinal Health | 85.50 |
| 01/25/15 | JRI2 | 1.00 | B06 | Review section 503(b)(9) claims and correspondence with inquiring party regarding the same | 285.00 |
| 01/28/15 | JRI2 | 2.00 | B06 | Research, draft and revise motion to allow amendment of proof of claim after the bar date | 570.00 |

BINGHAM GREENEBAUM DOLL LLP

Monroe Hospital LLC
123181.000002

Invoice No.:    4326436
Invoice Date:   April 2, 2015
Page            6

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 01/29/15 | JRI2 | 1.00 | B06 | Draft and revise motion to allow late amendment to claim (.7); conference and correspondence with Cardinal Health's counsel regarding the same (.3) | 285.00 |
| 02/05/15 | SHM | 0.40 | B06 | Assist J. Irving regarding claims objections | 88.00 |
| 02/06/15 | TCS | 0.60 | B06 | Review of claims register updated by claims agent | 240.00 |
| 02/06/15 | TCS | 0.40 | B06 | Receipt and review memos regarding CMS claims filed in case and CMS claims settlement and commission due to Sedley | 160.00 |
| 02/10/15 | SHM | 0.40 | B06 | Finalize and electronically file Final Voting Certification arrange for service of same | 88.00 |
| 02/18/15 | JRI2 | 0.30 | B06 | Review and finalize Motion to Allow Cardinal to Amend Claim After the Bar Date (.3). | 85.50 |
| 02/19/15 | SHM | 0.50 | B06 | Finalize and electronically file Motion for Order Amending Claim of Cardinal Health | 110.00 |
| 02/19/15 | TCS | 0.20 | B06 | Receipt and review motion regarding Cardinal claim amendment | 80.00 |
| 02/26/15 | JRI2 | 0.50 | B06 | Draft and submit notice of objection deadline to Cardinal Health Motion (.5). | 142.50 |
| 02/27/15 | JRI2 | 1.60 | B06 | Review section 502(b)(9) claims and back-up to confirm whether to object or not (1.3); correspondence with Cardinal's counsel regarding their section 503(b)(9) claim. | 456.00 |
| 02/27/15 | SHM | 0.20 | B06 | Assist J. Irving regarding 503(b)(9) claim of Cardinal Health | 44.00 |
| 01/13/15 | JRI2 | 1.00 | B07 | Prepare for and attend hearing on lift stay motions (.8); correspondence with medical malpractice counsel regarding the same (.2) | 285.00 |
| 01/13/15 | TCS | 1.50 | B07 | Review for and attend hearings on medical malpractice cases and proceeding against insurance policies; prepare revised order regarding Burnworth claim and retention of jurisdiction to modify stay | 600.00 |
| 01/14/15 | TCS | 1.00 | B07 | Receipt and review memos from court staff and respond regarding form of orders regarding stay relief regarding pending cases | 400.00 |

**BINGHAM GREENEBAUM DOLL LLP**

Monroe Hospital LLC
123181.000002

Invoice No.: 4326436
Invoice Date: April 2, 2015
Page 7

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| | | | | - including agreed order with counsel and Burnworth claims; teleconference with and memo court staff regarding same and prepare revision regarding Merriman claims | |
| 01/15/15 | TCS | 0.30 | B07 | Memos from/to court staff regarding orders to be entered on stay relief motions | 120.00 |
| 01/20/15 | JRI2 | 0.20 | B07 | Follow-up to confirm service of stay relief motions | 57.00 |
| 01/21/15 | TCS | 0.20 | B07 | Receipt and review order on stay relief and limitation on recoveries to insurance and patients compensation fund | 80.00 |
| 01/22/15 | JRI2 | 0.40 | B07 | Review agreed entry prepared by Cardinal's counsel (.2); conference and correspondence with Cardinal's counsel clerk of the Court regarding the same (.2) | 114.00 |
| 01/23/15 | JRI2 | 0.40 | B07 | Follow-up on lift stay motions (.2); correspondence with malpractice defense counsel regarding the same (.2) | 114.00 |
| 01/28/15 | JRI2 | 0.70 | B07 | Correspondence with S. Crawford regarding order modifying automatic stay in malpractice cases (.2); review Burnworth and lift stay orders (.1); conference with Mrs. Burnworth regarding order enforcing the automatic stay (.4) | 199.50 |
| 01/01/15 | JRI2 | 1.50 | B09 | Correspondence with Prime's counsel regarding pharmacy assignment documents and other related post-sale issues; review and update pharmacy assignment documents | 427.50 |
| 01/02/15 | JRI2 | 2.50 | B09 | Draft and revise notice of closing of sale (1.0); attend to filing and service of the same (.5); correspondence with MPT's counsel, Prime's counsel, T. Scherer, J. Roche, J. Wampler and others regarding post-closing issues (1.0) | 712.50 |
| 01/02/15 | SHM | 0.50 | B09 | Finalize and electronically file Notice of Closing of the Sale of Substantially all of the Assets of Monroe Hospital, LLC | 110.00 |
| 01/02/15 | SHM | 1.20 | B09 | Update document room with closing documents per J. Irving | 264.00 |

BINGHAM GREENEBAUM DOLL LLP

Monroe Hospital LLC
123181.000002

Invoice No.:    4326436
Invoice Date:   April 2, 2015
Page            8

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|------|---------------------|-------|-----------|-------------|--------|
| 01/02/15 | TCS | 0.40 | B09 | Receipt and review memos from objecting doctors regarding stipulation on contract assumption - process for original signatures for parties and court submission | 160.00 |
| 01/02/15 | TCS | 0.20 | B09 | Receipt and review memos from/to counsel for NRC regarding termination of license and timing of termination in light of sale | 80.00 |
| 01/02/15 | TCS | 0.30 | B09 | Receipt and review notice of sale closing and conference J. Irving regarding local rule | 120.00 |
| 01/05/15 | TCS | 0.30 | B09 | Receipt and review D. Motsinger memo regarding stipulation on assumption, assignment of contracts; receipt and review memos from Prime counsel regarding same | 120.00 |
| 01/06/15 | SHM | 0.60 | B09 | Finalize and electronically file Stipulation for Assumption and Assignment of Certain Executory Contracts; arrange for service of same | 132.00 |
| 01/06/15 | TCS | 0.40 | B09 | Receipt and review final, executed version of stipulation with objecting doctors for filing with court; receipt and review order approving stipulation | 160.00 |
| 01/08/15 | JRI2 | 0.50 | B09 | Correspondence with Prime's counsel regarding the assumption and assignment of contracts as part of the sale of assets (.3); correspondence with B. Hollinger regarding Board Meeting to discuss sale of assets (.2) | 142.50 |
| 01/12/15 | JRI2 | 0.40 | B09 | Correspondence with J. Wampler and T. Scherer regarding executory contracts assumed or rejected as part of sale (.2); correspondence with M. Bradshaw regarding sale follow-up (.2) | 114.00 |
| 01/12/15 | TCS | 0.30 | B09 | Receipt and review J. Wampler memos regarding assumed contracts, notice to insurance providers regarding contract rejections | 120.00 |
| 01/13/15 | JRI2 | 1.00 | B09 | Correspondence with Prime's counsel regarding the assumption and assignment of contracts and the related assumption of administrative claims as part of the sale of | 285.00 |

BINGHAM GREENEBAUM DOLL LLP

Monroe Hospital LLC
123181.000002

Invoice No.:    4326436
Invoice Date:   April 2, 2015
Page            9

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| | | | | the Debtor's assets | |
| 01/13/15 | TCS | 0.30 | B09 | Receipt and review memo regarding UHS lease and administrative claims; conference J. Irving regarding same | 120.00 |
| 01/14/15 | JRI2 | 1.00 | B09 | Correspondence with Prime's counsel regarding assumption and assignment of contracts as part of sale and review documents regarding the same | 285.00 |
| 01/14/15 | TCS | 0.70 | B09 | Receipt and review client memos regarding license termination and transfers; teleconference with and memo from J. Irving regarding completion of 2014 cost reports and post-closing billing issue with Prime | 280.00 |
| 01/20/15 | JRI2 | 0.80 | B09 | Conference and correspondence with counsel for Dr. Parmenter, counsel for Greene County Hospital, J. Wampler and T. Scherer regarding treatment of Greene County Hospital lease and related claims in connection with asset disposition (.5); correspondence with J. Wampler regarding assumed and assigned contracts and payment of related cure amounts as part of asset sale (.3) | 228.00 |
| 01/20/15 | TCS | 0.30 | B09 | Receipt and review K. Roots memo regarding Greene County Hospital and follow up memos from/to J. Wampler regarding stipulation with Parmenter and payments to be made by Prime | 120.00 |
| 01/21/15 | TCS | 0.30 | B09 | Receipt and review K. Roots memo confirming Prime payment to Greene County Hospital regarding pre-petition claims amount | 120.00 |
| 01/29/15 | TCS | 0.50 | B09 | Receipt and review J. Irving memo regarding termination of Medicare and Medicaid provider number and conference J. Irving regarding same | 200.00 |
| 02/02/15 | TCS | 0.30 | B09 | Receipt and review Motsinger, Irving memos and proposed notice of termination regarding assignment and assumption | 120.00 |

BINGHAM GREENEBAUM DOLL LLP

| Monroe Hospital LLC | Invoice No.: | 4326436 |
| 123181.000002 | Invoice Date: | April 2, 2015 |
| | Page | 10 |

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|------|---------------------|-------|-----------|-------------|--------|
| | | | | agreement | |
| 02/03/15 | TCS | 0.20 | B09 | Receipt and review memos from counsel regarding agreements with doctors under assumed contracts and debtor acknowledgment if termination of sublease | 80.00 |
| 02/05/15 | TCS | 0.20 | B09 | Receipt and review memos regarding termination of Parmenter/Green County Hospital agreements | 80.00 |
| 02/06/15 | TCS | 0.20 | B09 | Receipt and review Irving memo regarding NRC license transfer | 80.00 |
| 02/23/15 | TCS | 0.40 | B09 | Teleconference with Athena counsel regarding contract assumption and review regarding assumed contracts | 160.00 |
| 02/25/15 | JRI2 | 2.00 | B09 | Analyze, draft summary and send summary to J. Wampler regarding assumption and assignment of contracts and related cure amounts (2.0). | 570.00 |
| 02/25/15 | TCS | 0.50 | B09 | Receipt and review memos and drafts of Medicare and Medicaid termination notices; teleconference with J. Irving regarding same | 200.00 |
| 02/25/15 | TCS | 0.50 | B09 | Receipt and review memo summarizing assumed contracts and confirming Prime payment of cure amounts | 200.00 |
| 02/27/15 | TCS | 0.20 | B09 | Receipt and review Irving memo regarding termination of Medicare provider agreement and J. Wampler response regarding same | 80.00 |
| 01/02/15 | TCS | 0.30 | B15 | Receipt and review memos regarding Cardinal Health and potential release of guarantors under Plan terms | 120.00 |
| 01/07/15 | JRI2 | 1.00 | B15 | Conference and correspondence with UpShot regarding solicitation issues and consider the same (.7); follow-up on filing and serving stipulation resolving sale issue (.3). | 285.00 |
| 01/08/15 | SHM | 0.50 | B15 | Electronically file certificates of service for solicitation pleadings | 110.00 |
| 01/09/15 | JRI2 | 2.00 | B15 | Conference and correspondence regarding confirmation issues and impact of the Plan with T. Scherer, J. Wampler and J. Roche | 570.00 |

BINGHAM GREENEBAUM DOLL LLP

Monroe Hospital LLC
123181.000002

Invoice No.:      4326436
Invoice Date:   April 2, 2015
Page                11

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|------|---------------------|-------|-----------|-------------|--------|
| | | | | (.8); conference and correspondence with J. Debates and client regarding insurance issues and termination of the same (.5); consider Plan and confirmation issues (.7). | |
| 01/12/15 | TCS | 0.40 | B15 | Review, analysis memo regarding timetable for plan confirmation, administrative claims determination, liquidating trust | 160.00 |
| 01/13/15 | JRI2 | 1.50 | B15 | Prepare for and lead board call to update board members and J. Roche on status of Chapter 11 Case and the terms of the proposed plan (1.1); conference and correspondence with MPT's counsel regarding their vote in favor of the Plan (.4). | 427.50 |
| 01/25/15 | JRI2 | 0.40 | B15 | Correspondence with UpShot regarding voting and ballots submitted so far | 114.00 |
| 01/26/15 | JRI2 | 1.00 | B15 | Conference and correspondence with T. Lupinacci regarding MPT's vote in favor of plan and MPT's issues with releases (.7); consider voting and plan issues (.3) | 285.00 |
| 01/29/15 | JRI2 | 0.50 | B15 | Consider voting and plan issues (.2); research format of confirmation brief and consider the same (.3) | 142.50 |
| 01/30/15 | JRI2 | 0.70 | B15 | Conference and correspondence with MPT's counsel regarding status of MPT's vote in class 1 (.3); correspondence and conference with balloting agent regarding status of votes and declaration regarding voting (.4) | 199.50 |
| 01/30/15 | TCS | 0.50 | B15 | Receipt and review MPT ballot and conference J. Irving regarding status of balloting and timetable for balloting report and supporting memo for plan confirmation | 200.00 |
| 02/02/15 | JRI2 | 3.00 | B15 | Work on outlining confirmation brief (2.0); prepare for confirmation hearing and confirm each requirement for confirmation will be met (1.0). | 855.00 |
| 02/02/15 | TCS | 0.70 | B15 | Calls from/to UFS counsel regarding plan release issue; review release provisions and discuss release limitation with UFS counsel | 280.00 |
| 02/03/15 | JRI2 | 1.30 | B15 | Correspondence and conference with NRC | 370.50 |

BINGHAM GREENEBAUM DOLL LLP

Monroe Hospital LLC
123181.000002

Invoice No.: 4326436
Invoice Date: April 2, 2015
Page 12

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| | | | | regarding termination of license before confirmation (.4); follow-up with 3M, J. Wampler and Prime to confirm cure payments are made (.3); conference and correspondence with J. Roche regarding status of Plan and confirmation hearing (.6). | |
| 02/04/15 | JRI2 | 0.60 | B15 | Consider D&O insurance and other issues post-confirmation (.3); conference and correspondence with Board Members regarding case status (.3). | 171.00 |
| 02/04/15 | TCS | 0.20 | B15 | Teleconference with T. Jost regarding potential preference claims, status of claims analysis and settlement options | 80.00 |
| 02/04/15 | TCS | 1.20 | B15 | Memos to/from J. Irving regarding UFS plan ballot and concern regarding release of guarantor; review of Plan release terms and provisions on injunction and discharge of debt; multiple calls, memos J. Ramsey regarding resolution of concern on guarantor release and to resolve objections | 480.00 |
| 02/05/15 | JRI2 | 3.80 | B15 | Consider outcome of voting and need to "cramdown" creditors holding claims in Class 3 - General Unsecured Claims as a result of UFS's vote (.8); related correspondence with claims agent (.2); conference and correspondence regarding the same, a confirmation brief and the confirmation hearing with T. Scherer, M. Bradshaw and T. Lupinacci (1.5); correspondence with 3M's counsel regarding their informal inquires and potential confirmation objection (.2); correspondence with AUSA regarding NRC's potential plan confirmation objection (.1); conference and correspondence with J. Roche, B. Hollinger and M. Thomas to update Ds & O regarding outcome of voting and objections to plan, thoughts for confirmation hearing and potential ongoing issues with UFS including claim objection, preference and related litigation (1.0). | 1,083.00 |

BINGHAM GREENEBAUM DOLL LLP

Monroe Hospital LLC
123181.000002

Invoice No.:    4326436
Invoice Date:  April 2, 2015
Page            13

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|------|---------------------|-------|-----------|-------------|--------|
| 02/05/15 | TCS | 0.90 | B15 | Receipt and review Upshot memo regarding Vote Tabulation; receipt and review rejection ballot from UFS and conference J. Irving regarding same concerning cramdown confirmation; memos UFS counsel regarding confirmation hearing | 360.00 |
| 02/06/15 | JRI2 | 2.50 | B15 | Negotiate NRC issues with AUSA and NRC staff in connection with their informal inquires regarding the Plan and the confirmation hearing (.5); conference and correspondence with counsel for Prime, J. Wampler and counsel for 3M in connection with 3M's informal inquries regarding cure payments and potential objection to confirmation of the Plan (.5); consider confirmation brief, Roche declaration and Voting Agent's certification (1.0); correspondence and conference with T. Scherer and UpShot regarding voting declaration and confirmation brief (.5) | 712.50 |
| 02/06/15 | TCS | 0.10 | B15 | Receipt and review memo on 3M and resolution of plan objection | 40.00 |
| 02/07/15 | JRI2 | 2.00 | B15 | Research, draft and revise confirmation brief, and consider the Plan's compliance with confirmation standards (2.0). | 570.00 |
| 02/08/15 | JRI2 | 8.00 | B15 | Research requirements of 1129(a) and (b) and cramdown issues to prepare confirmation brief (2.0); draft and revise confirmation brief (5.5); begin drafting proposed confirmation order (.5). | 2,280.00 |
| 02/08/15 | TCS | 0.50 | B15 | Receipt and review ballot report from claims agent | 200.00 |
| 02/09/15 | JRI2 | 7.10 | B15 | Draft and revise proposed confirmation order (2.0); draft and revise Roche declaration in support of confirmation of plan (1.5); conference and correspondence with Roche regarding his declaration in support of confirmation of plan (1.0); revise confirmation brief (.5); conference and correspondence with T. Scherer, T. Lupinacci, M. Bradshaw and J. Roche | 2,023.50 |

BINGHAM GREENEBAUM DOLL LLP

Monroe Hospital LLC
123181.000002

| | | | | | |
|---|---|---|---|---|---|
| | | | | Invoice No.: | 4326436 |
| | | | | Invoice Date: | April 2, 2015 |
| | | | | Page | 14 |

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| | | | | regarding confirmation brief, proposed confirmation order, Voting Agent's certification, Roche declaration and confirmation hearing (1.0); coordinate filing and serving confirmation brief, proposed confirmation order, Roche declaration and Voting Agent's certification with S. Mays (.6); draft outline of confirmation hearing arguments (.5). | |
| 02/09/15 | SHM | 0.40 | B15 | Finalize and electronically file Certification of Upshot Services, LLC Regarding Tabulation of Votes in Connection with Plan of Liquidation | 88.00 |
| 02/09/15 | SHM | 0.40 | B15 | Finalize and electronically file Declaration of Joseph Roche in Support of Confirmation of Plan of Liquidation | 88.00 |
| 02/09/15 | SHM | 0.50 | B15 | Finalize and electronically file Memorandum In Support of Confirmation and Proposed Confirmation Order | 110.00 |
| 02/09/15 | TCS | 1.20 | B15 | Receipt and review confirmation brief, confirmation order, Roche declaration - all in connection with plan confirmation | 480.00 |
| 02/09/15 | TCS | 0.10 | B15 | Receipt and review confirmation regarding 3M payment and resolution of plan objection | 40.00 |
| 02/10/15 | JRI2 | 1.00 | B15 | Prepare for confirmation hearing on February 11, 2015 (.5); conference and correspondence with T. Scherer, T. Lupinacci, M. Bradshaw and B. Kramer regarding the same (.5). | 285.00 |
| 02/10/15 | SHM | 0.50 | B15 | Finalize and electronically file Confirmation Brief and Exhibit; arrange for service of same | 110.00 |
| 02/10/15 | SHM | 0.40 | B15 | Assist J. Irving in preparation for confirmation hearing | 88.00 |
| 02/10/15 | SHM | 0.30 | B15 | Finalize and electronically file Joe Roche Declaration in Support of Confirmation of Plan | 66.00 |
| 02/10/15 | TCS | 1.00 | B15 | Prepare for confirmation hearing including | 400.00 |

BINGHAM GREENEBAUM DOLL LLP

Monroe Hospital LLC
123181.000002

Invoice No.:    4326436
Invoice Date:   April 2, 2015
Page            15

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| | | | | review of plan, plan exhibits and materials | |
| 02/11/15 | JRI2 | 4.50 | B15 | Prepare for confirmation hearing (3.5); attend confirmation hearing (1.0). | 1,282.50 |
| 02/11/15 | SHM | 0.40 | B15 | Conference with J. Irving regarding confirmation of plan; issues going forward | 88.00 |
| 02/11/15 | TCS | 3.00 | B15 | Prepare for confirmation hearing including outline of points in support of confirmation of cramdown plan, prepare questions for J. Roche and conference J. Roche regarding same; attend hearing on confirmation | 1,200.00 |
| 02/12/15 | TCS | 0.30 | B15 | Conference J. Irving regarding confirmation order, executed plan and implementation of creditor trust agreement | 120.00 |
| 02/17/15 | SHM | 0.50 | B15 | Finalize and electronically file Plan Supplement; arrange for service of same | 110.00 |
| 02/17/15 | TCS | 1.60 | B15 | Review proposed immaterial modifications, plan supplement, liquidating trust; conference J. Irving regarding same; memos to/from J. Irving regarding plan trust, board and J. Roche signature; comparison of plan release and trust indemnity in proposed agreement | 640.00 |
| 02/19/15 | TCS | 0.90 | B15 | Receipt and review court's order on confirmation of plan; conference J. Irving regarding effective date, service of notice of confirmation, court modification to order | 360.00 |
| 01/26/15 | TCS | 1.00 | B16 | Review, revise summary of services regarding December time and expense; draft notice of draw to creditors regarding same | 400.00 |
| 01/28/15 | TCS | 0.40 | B16 | Teleconference with D. Hensel regarding Ratts state court litigation, plan and treatment of claims | 160.00 |
| 01/29/15 | JRI2 | 0.30 | B16 | Review draw request (.1); review related compensation procedures order (.1); correspondence with T. Scherer and J. Roche regarding notice of draw request and related issues (.1) | 85.50 |
| 01/29/15 | TCS | 0.60 | B16 | Revise draw notice regarding December 2014 services; memos to/from J. Roche | 240.00 |

BINGHAM GREENEBAUM DOLL LLP

Monroe Hospital LLC
123181.000002

Invoice No.:     4326436
Invoice Date:    April 2, 2015
Page             16

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|------|---------------------|-------|-----------|-------------|--------|
| | | | | regarding review, approval; memos to/from J. Irving regarding service procedure | |
| 01/30/15 | TCS | 0.20 | B16 | Attention to draw notice, services description prior to filing | 80.00 |
| 02/18/15 | TCS | 1.10 | B16 | Review time and service summary for January 2015 and draft notice of draw | 440.00 |
| 02/18/15 | TCS | 0.60 | B16 | Conference W. Mosby regarding final fee application; follow up regarding compliance with and presentation of project categories | 240.00 |
| 02/18/15 | WLM | 0.20 | B16 | Discussion regarding filing of final fee application | 66.00 |
| 02/23/15 | TCS | 0.50 | B16 | Receipt and review project billing summary for December 2014 time/services and memo W. Mosby regarding final fee application | 200.00 |
| 02/11/15 | JRI2 | 1.00 | B18 | Conference and correspondence with T. Scherer, S. Mays, J. Roche, J. Wampler and creditors regarding outcome of confirmation hearing and impact of confirmed plan (.6); consider confirmation of plan and consequences thereof (.4). | 285.00 |
| 02/12/15 | JRI2 | 1.50 | B18 | Respond to creditor inquires (.4); follow-up with Court regarding proposed conformation order (.3); consider and begin drafting GUC Trust Agreement (.8). | 427.50 |
| 02/13/15 | JRI2 | 0.10 | B18 | Correspondence with T. Lupinacci regarding releases for MPT (.1). | 28.50 |
| 02/16/15 | JRI2 | 3.50 | B18 | Draft GUC Trust Agreement (2.3); review invoices for J. Roche (.2); correspondence with Board Members, J. Roche and J. Wampler regarding post-confirmation issues (.5); finalize and attend to filing of OCP fee statement (.5). | 997.50 |
| 02/17/15 | JRI2 | 4.10 | B18 | Draft GUC Trust Agreement and Plan Supplement (3.0); conference and correspondence with T. Scherer regarding the same (.5); correspondence with Board Members, J. Roche and others regarding post-confirmation issues (.6). | 1,168.50 |
| 02/18/15 | JRI2 | 1.50 | B18 | Prepare for and lead board call to discuss | 427.50 |

BINGHAM GREENEBAUM DOLL LLP

Monroe Hospital LLC
123181.000002

Invoice No.:     4326436
Invoice Date:   April 2, 2015
Page                17

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|------|---------------------|-------|-----------|-------------|--------|
| | | | | confirmation of the Debtor's plan and next steps (.3); lead call regarding the same (1.0); correspondence with J. Wampler and J. Roche regarding post-confirmation expenses (.2). | |
| 02/19/15 | JRI2 | 1.50 | B18 | Conference and correspondence with J. Wampler, J. Roche, and Prime regarding post-confirmation issues (.4); review confirmation order (.5); conference and correspondence regarding the same and service of confirmation order and notice of entry of confirmation order with Clerk of Court, S. Mays, T. Scherer and Claims Agent (.6). | 427.50 |
| 02/20/15 | JRI2 | 0.50 | B18 | Correspondence with board members regarding post-confirmation issues including releases for MPT and D&O tail insurance policy (.5). | 142.50 |
| 02/23/15 | JRI2 | 0.90 | B18 | Conference and correspondence with Board Member and J. Debates regarding D&O tail insurance (.5); consider Medicare and Medicaid termination and correspondence with Prime's counsel regarding the same (.4). | 256.50 |
| 02/24/15 | JRI2 | 2.30 | B18 | Draft and revise termination documents for Medicare and Medicaid programs (1.0); conference and correspondence regarding the same and claims issues with Prime's counsel (.8); conference and correspondence with Board Member and insurance agent regarding D&O tail policy (.5). | 655.50 |
| 02/25/15 | AAW | 2.00 | B18 | Discuss case background and plan with Jim Irving for purposes of outlining Motion and Objections and review plan documents. | 390.00 |
| 02/25/15 | JRI2 | 1.80 | B18 | Conference and correspondence with J. Roche regarding case status, post-confirmation releases, effective date of plan and GUC Trust Agreement (.6); conference and correspondence regarding GUC Trust, claims objections and adversary proceedings to be commenced with T. Scherer, S. Mays | 513.00 |

**Bingham Greenebaum Doll llp**

Monroe Hospital LLC
123181.000002

Invoice No.: 4326436
Invoice Date: April 2, 2015
Page 18

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|------|---------------------|-------|-----------|-------------|--------|
| | | | | and A. Wimberg (.7); consider claims objections and adversary proceedings (.5). | |
| 02/25/15 | SHM | 0.70 | B18 | Assist J. Irving regarding claims objections and possible adversary proceedings | 154.00 |
| 02/26/15 | JRI2 | 0.20 | B18 | Consider post confirmation issues, including Medicare and Medicaid termination and releases (.2). | 57.00 |
| 01/25/15 | JRI2 | 0.10 | B24 | Correspondence with J. Wampler regarding return of deposits from utilities | 28.50 |
| 01/27/15 | JRI2 | 0.80 | B24 | Conference with J. Roche regarding insurance issues, status of voting on plan, and updating board members on case status and insurance termination (.4); consider taxes, return of deposits and other winddown issues (.4) | 228.00 |
| 01/29/15 | JRI2 | 0.30 | B24 | Correspondence with J. Roche, J. Wampler and T. Scherer regarding termination of medicare and Medicaid agreements | 85.50 |
| 01/30/15 | JRI2 | 1.40 | B24 | Conference and correspondence with J. Wampler, J. Roche and T. Scherer regarding terminating Medicare and Medicaid agreements (.7); correspondence with utilities regarding return of deposits and termination of agreements (.7) | 399.00 |
| 02/03/15 | JRI2 | 0.20 | B24 | Correspondence regarding return of utility deposits with Vectren (.2). | 57.00 |
| 02/24/15 | PLT | 0.70 | B25 | Attend a meeting with J. Irving to discuss and evaluate issues related to Monroe Hospital, a bankruptcy proceeding, Medicare and Medicaid provider agreement termination, the applicable forms, and going forward; receive and limited review of the draft forms, as well as related e-mails and the client file | 182.00 |
| 02/26/15 | PLT | 1.80 | B25 | Analyze and evaluate the draft IHCP Medicaid Provider Disenrollment Form; analyze and evaluate the draft Medicare Form CMS-855A; limited review of attorney notes, the client file, and the applicable law and related agency guidance; | 468.00 |

# BINGHAM GREENEBAUM DOLL LLP

Monroe Hospital LLC
123181.000002

| | | |
|---|---|---|
| Invoice No.: | 4326436 |
| Invoice Date: | April 2, 2015 |
| Page | 19 |

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| | | | | conference with J. Irving regarding the draft forms and going forward | |
| 02/27/15 | PLT | 1.40 | B25 | Continue to analyze and evaluate the draft IHCP Medicaid Provider Disenrollment Form, the draft Medicare Form CMS-855A, attorney notes, the client file, and the applicable law and related agency guidance; mark-up copies of said draft and consider next steps and additional information needed | 364.00 |
| 02/10/15 | JRI2 | 2.50 | B26 | Travel from Louisville, KY to Indianapolis, IN for confirmation hearing on February 11, 2015 (2.5). | 712.50 |
| 02/11/15 | JRI2 | 2.50 | B26 | Return travel from Indianapolis to Louisville after confirmation hearing (2.5). | 712.50 |
| 01/02/15 | JRI2 | 1.00 | B27 | Respond to creditor inquiry from UPP regarding closing of sale and assumption and assignment of certain contracts in connection therewith (.3); respond to creditor inquiry from Cardinal Health regarding closing of sale and impact of releases in proposed plan (.4); respond to creditor inquiry of Northern Indiana and other creditors regarding closing of sale (.3) | 285.00 |
| 01/06/15 | JRI2 | 0.50 | B27 | Respond to creditor inquiry from Cardinal Health (.5). | 142.50 |
| 02/20/15 | JRI2 | 0.50 | B27 | Respond to creditor inquires regarding confirmation of the debtor's plan and related post-confirmation issues (.5). | 142.50 |
| 02/24/15 | JRI2 | 0.20 | B27 | Respond to creditor inquiry regarding proof of claim (.2). | 57.00 |
| 01/08/15 | JRI2 | 0.50 | B32 | Conference and correspondence regarding insurance with insurance agent for the Debtor and J. Wampler | 142.50 |
| 01/26/15 | JRI2 | 0.50 | B32 | Prepare insurance termination documents and correspondence with J. Roche regarding the same | 142.50 |

TASK SUMMARY

Bɪɴɢʜᴀᴍ Gʀᴇᴇɴᴇʙᴀᴜᴍ Dᴏʟʟ ʟʟᴘ

Monroe Hospital LLC
123181.000002

Invoice No.:   4326436
Invoice Date:  April 2, 2015
Page           20

| TASK | TASK DESCRIPTION | AMOUNT |
|------|------------------|--------|
| B02 | Case Administration | 7,218.00 |
| B03 | Business Operations | 608.00 |
| B04 | Financing | 120.00 |
| B06 | Claims Administration and Objections | 3,640.00 |
| B07 | Relief From Stay/Adequate Protection Proceedings | 1,969.50 |
| B09 | Asset Disposition | 5,870.50 |
| B15 | Plan and Disclosure Statement | 17,674.50 |
| B16 | Fee/Employment Applications | 1,911.50 |
| B18 | Post-Confirmation Issues | 5,930.50 |
| B24 | Other Contested Matters | 798.00 |
| B25 | Other | 1,014.00 |
| B26 | Travel | 1,425.00 |
| B27 | CREDITOR INQUIRIES | 627.00 |
| B32 | Insurance Coverage Issues | 285.00 |
| | | 49,091.50 |

FEES FOR PROFESSIONAL SERVICES RENDERED                              $    49,091.50

OUT-OF-POCKET EXPENSES

| 2/10/15 | Travel - PAID TO: James R Irving Court appearance/Indianapolis | 459.03 |
| 3/31/15 | Printing/Photocopy/Scanning | 21.60 |

$      480.63

INVOICE TOTAL                                                        $    49,572.13

PRIOR UNPAID BALANCE                                                 $    13,073.70

BALANCE DUE                                                          $    62,645.83

BINGHAM GREENEBAUM DOLL LLP

Monroe Hospital LLC
123181.000002

Invoice No.: 4326436
Invoice Date: April 2, 2015
Page 21

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Thomas C. Scherer | 37.00 | 400.00 | 14,800.00 |
| Whitney L. Mosby | 0.20 | 330.00 | 66.00 |
| James R Irving | 105.90 | 285.00 | 30,181.50 |
| Peter L. Thurman | 3.90 | 260.00 | 1,014.00 |
| Susan H. Mays | 12.00 | 220.00 | 2,640.00 |
| April A. Wimberg | 2.00 | 195.00 | 390.00 |
|  | 161.00 |  | 49,091.50 |

**BALANCE HELD IN FIRST MERCHANTS BANK - $110,548.86**

# BINGHAM GREENEBAUM DOLL LLP
### 3913 Solutions Center
### Chicago, IL 60677-3009
### 1-800-436-3644
### I.D. #61-1584266

Monroe Hospital LLC
c/o Brad Hollinger, Chairman of the Board
4011 Monroe Medical Park Blvd.
Bloomington, IN 47403

Account No. 123181.000002
Invoice No. 4326436
Invoice Date April 2, 2015

**POST FILING BANKRUPTCY PETITION - BANKRUPTCY CODED FOR COURT**

### REMITTANCE PAGE

| | |
|---|---|
| INVOICE TOTAL | $ 49,572.13 |
| PRIOR UNPAID BALANCE | $ 13,073.70 |
| BALANCE DUE | $ 62,645.83 |

### AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 01/29/15 | 4321127 | 65,719.50 | -52,645.80 | 13,073.70 |
| Total | | | | 13,073.70 |

LAST PAYMENT RECEIVED: 2/19/2015

## PAYABLE UPON RECEIPT

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT